for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for the United States. *Mr. George S. Fuller* for respondents.

No. 111. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LEE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Hugh W. McCulloch* for respondent.

No. 137. OGLE *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. J. B. Faegre* for petitioner. *Solicitor General Reed* for respondent.

No. 232. BRONX BRASS FOUNDRY, INC., *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Maxwell H. Goldstein* for petitioner. *Mr. Edward F. Unger* for respondent.

Nos. 375 and 376. MEYER ET AL. *v.* KENMORE GRANVILLE HOTEL CO. ET AL. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Meyer Abrams* and *Max Shulman* for petitioners. *Messrs. I. E. Ferguson* and *Arthur M. Cox* for respondents.